lant. EUGENE ADLER et al., as Executors of SAMUEL W. ADLER, Deceased, et al., Respondents. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

WALTER J. DIAMOND, Doing Business under the Name of DIAMOND METAL COMPANY, Respondent, v. TRICO PRODUCTS CORPORATION, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

THE WOODLAWN CEMETERY, Appellant, v. FRANK J. DAVIS and CHARLES JOSEPH SMITH, as Executors and Trustees of MARIA MCSHERRY, Deceased, et al., Respondents.—

No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of JOHN P. SCHLODERER et al., Appellants, against THE BOARD OF HIGHER EDUCATION OF THE CITY OF NEW YORK, Respondent.—

No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

HENRI COUTINHO, Respondent, v. IRENE A. COUTINHO, Appellant.—

No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

JOHN A. HORN, Respondent, v. FERNCLIFF CEMETERY MAUSOLEUM CO., INC., Appellant.— No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

LILLYN M. SPAFFORD, Respondent, v. ELIZABETH GLENN, Defendant, and LUCILLE PFEFFER, Appellant.— No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

MARY W. SAUNDERS, Appellant, v. HARRY C. SAUNDERS, Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

SANTY MASSINI, Respondent, v. ROBERT BOASBERG et al., Appellants, Impleaded with Another.— No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

SANTY MASSINI, Respondent, v. ROBERT BOASBERG et al., Appellants, Impleaded with Another, Defendant.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

JOAN DURST et al., Respondents, v. JAMES FRANKLIN et al., Defendants, and CHECKMASTER PLAN, INC. and SCHOOL THRIFT, INC., Appellants. JAMES FRANKLIN, Plaintiff, v. RAYMOND DOUSSEAU et al., Defendants.—

No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.